AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ISMAEL BUENO QUINONES<br><br>*Defendant(s)* | **SEALED**<br>Case No.  3:25-mj-00090 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 1, 2025  in the county of  Washington  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C). | (1) Possession with intent to distribute 400 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance; (2) possession with intent to distribute 500 grams of more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; (3) possession with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance; and, (4) possession with intent to distribute cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Nathan Bresee

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Bresee, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  8:38 pm  a.m./p.m.

Date:  April 2, 2025

*Youlee Yim You*
*Judge's signature*

City and state:  Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*